# First District Court of Appeal
## State of Florida

———————————————

No. 1D2024-3194

———————————————

DAVID BROWN,

    Appellant,

v.

RICKY D. DIXON, Secretary,
Florida Department of
Corrections,

    Appellee.

———————————————

On appeal from the Circuit Court for Bradford County.
George M. Wright, Judge.

January 7, 2026

PER CURIAM.

    AFFIRMED.

ROWE, RAY, and LONG, concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

David Brown, pro se, Appellant.

Kelly R. Forren, Assistant General Counsel, Florida Department of Corrections, Tallahassee, for Appellee.